Opinion filed September
16, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                 Nos. 11-09-00269-CR, 11-09-00270-CR, &
11-09-00271-CR 

                                                    __________

 

                           RALPH
ESCOBEDO TORRES, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 259th District Court

                                                             Jones
County, Texas

                                    Trial Court Cause Nos.
010267, 010268, & 010269

 



 

                                            M
E M O R A N D U M   O P I N I O N

            In
each case, counsel for Ralph Escobedo Torres has filed in this court a motion
to abate the appeal.  In each motion, counsel states that appellant died on
August 21, 2010.  The motions are granted, and the appeals are permanently
abated pursuant to Tex. R. App. P.
7.1(a)(2).

 

                                                                                                PER
CURIAM

September 16,
2010

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.